DANIEL C. SNYDER (Oregon State Bar No. 105127)
*Pro hac vice* application forthcoming
PUBLIC JUSTICE
1620 L Street NW, Suite 630
Washington, DC 20036
Telephone: (202) 861-5251
Facsimile: (202) 232-7203
dsnyder@publicjustice.net

RACHEL S. DOUGHTY (California State Bar No. 255904)
CHRISTIAN R. BUCEY (California State Bar No. 341921)
GREENFIRE LAW, PC
2748 Adeline St., Suite A
Berkeley, CA 94703
Telephone: (510) 900-9502
Facsimile: (510) 900-9502
rdoughty@greenfirelaw.com
cbucey@greenfiirelaw.com

Attorneys for Plaintiff US RIGHT TO KNOW

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| US RIGHT TO KNOW, a California Non-Profit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEFENSE ADVANCED RESEARCH PROJECTS AGENCY,<br><br>Defendant. | Case No. _____<br><br>**EXHIBIT A**<br><br>*To*<br><br>**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**<br><br>Freedom of Information Act |



**U.S. RIGHT TO KNOW**

October 2, 2020

Office of Freedom of Information
1155 Defense Pentagon
Washington, DC 20301-1155

Via Internet Submission Portal

Re:     Freedom of Information Act request about the Duke-DARPA P3 Program

Dear FOIA Officer:

This is a request under the Freedom of Information Act, 5 U.S.C. § 552, et seq, to the Defense Advanced Research Projects Agency (DARPA). DARPA has recently funded Duke University as part of their "Pandemic Prevention Platform (P3)" Program. We request funding contracts, grant agreements, and communications about funding pertaining to the Duke-DARPA P3 Program (DARPA agreement number HR0011-17-2-0069). The time period covered by this request is from January 1, 2017 to the present.

Please narrow the search results to exclude any published papers, organizational newsletters or other widely available published materials.

We request that you disclose these documents and materials as they become available to you, without waiting until all the documents have been assembled. If documents are denied in whole or in part, please specify which exemption(s) is (are) claimed for each passage or whole document denied. Give the number of pages in each document and the total number of pages pertaining to this request and the dates of documents withheld. We request that excised material be "blacked out" rather than "whited out" or cut out and that the remaining non-exempt portions of documents be released as provided under the Freedom of Information Act.

Please advise of any destruction of records and include the date of and authority for such destruction.  As we expect to appeal any denials, please specify the office and address to which an appeal should be directed.

We are making this request on behalf of U.S. Right to Know, a 501(c)(3) nonprofit public health research organization. The records disclosed pursuant to this request will be used in the preparation of articles for dissemination to the public. Accordingly, we request that you waive all fees in the public interest because furnishing of the information sought by this request will primarily benefit the public.

Please send the documents electronically in PDF format to Sainath Suryanarayanan at sainath@usrtk.org.

Pursuing truth and transparency in public health

USRTK.ORG • 4096 PIEDMONT AVE. #963 • OAKLAND, CA 94611-5221 • (415) 944-7350

If you need additional information please call, rather than write, Gary Ruskin. He can be reached at (415) 944-7350.

Thank you so much for your help in filling this request.

Sincerely,

Sainath Suryanarayanan, PhD
Staff Scientist

Gary Ruskin
Executive Director