AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| US RIGHT TO KNOW <br><br> *Plaintiff(s)* <br> v. <br> UNITED STATES DEFENSE ADVANCED RESEARCH PROJECTS AGENCY <br><br> *Defendant(s)* | Civil Action No. 3:22-cv-07377-TSH |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* UNITED STATES DEFENSE ADVANCED RESEARCH PROJECTS AGENCY
675 North Randolph Street
Arlington, VA 22203-2114

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   RACHEL S. DOUGHTY (CaliforniaStateBarNo.255904)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
(510) 900-9502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*Mark B. Busby*

Date: 11/23/2022

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:22-cv-07377-TSH

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* United States Defense Advanced Research Projects Agency was received by me on *(date)* 11/23/2022 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Summons served pursuant to Federal Rule of Civil Procedure 4 (i)(1)

My fees are $ ___ for travel and $ ___ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 01/06/2022

*Server's signature*

Christian R. Bucey, Attorney
*Printed name and title*

2748 Adeline Street, Suite A Berkeley, CA 94703
*Server's address*

Additional information regarding attempted service, etc:

**Print**   **Save As...**   **Reset**

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 70222410000036321832

Copy       Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 11:22 am on December 19, 2022 in ARLINGTON, VA 22203.

**Get More Out of USPS Tracking:**

  USPS Tracking Plus®

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

ARLINGTON, VA 22203
December 19, 2022, 11:22 am

See All Tracking History

Text & Email Updates                                            ⌄

USPS Tracking Plus®                                             ⌄

Product Information                                             ⌄

See Less ⌃

**Track Another Package**

[ Enter tracking or barcode numbers ]

Feedback