UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA RIGHT TO KNOW,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES DEFENSE ADVANCED RESEARCH PROJECTS AGENCY,<br><br>    Defendant. | Case No. 22-cv-07377-TSH<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

  Having reviewed the parties' joint case management statement (ECF No. 19), the Court finds a case management conference unnecessary at this time.  The conference is therefore **CONTINUED** to May 25, 2023 at 10:00 a.m. by Zoom video conference.  The webinar link and instructions are located at https://cand.uscourts.gov/judges/hixson-thomas-s-tsh/.  The parties shall submit a further case management conference statement with a proposed summary judgment briefing schedule and/or a proposed briefing schedule on fees motion practice by May 18, 2023.

  **IT IS SO ORDERED.**

Dated: February 17, 2023

                                  _____
                                  THOMAS S. HIXSON
                                  United States Magistrate Judge