```
1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2  MICHELLE LO (NYRN 4325163)
   Chief, Civil Division
3  JEVECHIUS D. BERNARDONI (CABN 281892)
   Assistant United States Attorney
4
       1301 Clay Street, Suite 340S
5      Oakland, California 94612-5217
       Telephone:  (510) 637-3721
6      Facsimile:  (510) 637-3724
       jevechius.bernardoni@usdoj.gov
7
   Attorneys for Federal Defendant
8
```

**FILED**

May 19 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| US RIGHT TO KNOW, a California Non-Profit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEFENSE ADVANCED RESEARCH PROJECTS AGENCY,<br><br>Defendant. | Case No. 3:22-cv-07377-TSH<br><br>**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER** |

Plaintiff US Right to Know ("Plaintiff") and defendant United States Defense Advanced Research Projects Agency ("Defendant" or "DARPA"), by and through their undersigned counsel, hereby STIPULATE and respectfully REQUEST that the Court continue the parties' initial case management conference ("CMC") set for May 25, 2023 at 10:00 AM, ECF No. 20, until November 2, 2023, at 10:00 AM. This stipulation is based on the following facts:

1.  This action, filed on November 22, 2022 under the Freedom of Information Act ("FOIA"), concerns two FOIA requests that Plaintiff directed to DARPA, dated October 2, 2020 and March 1, 2021. ECF No. 1 ¶¶ 34, 62. Defendant has answered the Complaint, ECF No. 17, and there are no issues concerning service or jurisdiction.

2.  Since the filing of the Complaint, the parties have conferred regarding a processing and

production schedule for records responsive to the Requests. The parties stipulated to a production schedule, which was entered as an Order of the Court on March 20, 2023. ECF No. 22.

3. The parties represent that record production is ongoing pursuant to ECF No. 22. At this time, DARPA is on track for completing record production by October 31, 2023. Once production is complete, the parties shall confer consistent with the Court's Order about any disclosure exemptions, the reasonableness and adequacy of DARPA's search for responsive records, and Plaintiff's demand for fees and costs.

4. Accordingly, the parties stipulate and respectfully request that the Court continue the parties' initial case management conference ("CMC") set for May 25, 2023 at 10:00 AM, ECF No. 20, until November 2, 2023, at 10:00 AM.

SO STIPULATED.

DATED: May 18, 2023                                    Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

/s/ Jevechius D. Bernardoni*
JEVECHIUS D. BERNARDONI
Assistant United States Attorney

Attorneys for Federal Defendant

DATED: May 18, 2023                                    /s/ Daniel C. Snyder
DANIEL C. SNYDER
PUBLIC JUSTICE

DATED: May 18, 2023                                    /s/ Christian Bucey
CHRISTIAN BUCEY
Greenfire Law, PC

Attorneys for Plaintiff
US RIGHT TO KNOW

*In compliance with Civil Local Rule 5-1(h)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.

**[~~PROPOSED~~] ORDER**

IT IS HEREBY ORDERED that the Case Management Conference currently May 25, 2023 at 10:00 AM, ECF No. 20, is continued until November 2, 2023, at 10:00 AM. The parties shall submit a joint case management conference statement by October 26, 2023.

DATED:   May 19, 2023

_____
The Honorable Thomas S. Hixson
United States Magistrate Judge