ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
JEVECHIUS D. BERNARDONI (CABN 281892)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612-5217
   Telephone: (510) 637-3721
   Facsimile: (510) 637-3724
   jevechius.bernardoni@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| US RIGHT TO KNOW, a California Non-Profit Corporation, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEFENSE ADVANCED RESEARCH PROJECTS AGENCY, <br><br> Defendant. | Case No. 3:22-cv-07377-TSH <br><br> **STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

     Plaintiff US Right to Know ("Plaintiff" or "USRTK") and defendant United States Defense Advanced Research Projects Agency ("Defendant" or "DARPA"), by and through their undersigned counsel, hereby STIPULATE and respectfully REQUEST that the Court continue the parties' initial case management conference ("CMC") set for November 2, 2023, at 10:00 a.m. (ECF No. 24) until February 27, 2024, at 10:00 a.m. This stipulation is based on the following facts:

     1.    This action, filed on November 22, 2022 under the Freedom of Information Act ("FOIA"), concerns two FOIA requests that Plaintiff directed to DARPA, dated October 2, 2020 and March 1, 2021. ECF No. 1 ¶¶ 34, 62. Defendant has answered the Complaint, ECF No. 17, and there are no issues concerning service or jurisdiction.

     2.    Since the filing of the Complaint, the parties have conferred regarding a processing and

production schedule for records responsive to the Requests. The parties stipulated to a production schedule. ECF Nos. 21 & 22.

3. The parties' May 18, 2023 stipulation reported that DARPA was on track to complete its record production by October 31, 2023. ECF No. 23. On July 20, DARPA informed USRTK that it had completed processing and producing records responsive to the Requests. The parties thereafter conferred about redactions, and on July 31 DARPA agreed to provide spreadsheets containing *Vaughn*-type information to USRTK. On September 21, DARPA produced the spreadsheets. On September 21, USRTK requested additional information concerning the records identified on the spreadsheets, including whether any of the withheld records had been later incorporated into a final contract. *See* 10 U.S.C. § 3309(c).

4. On October 10, DARPA informed USRTK that four of the withheld records had been incorporated by reference into later contracts and would have (b)(3) redactions removed. Because DARPA asserts those records are also subject to withholding in whole or part under (b)(4), Defendant informed USRTK that it initiated the submitter notification process to the relevant organizations.

5. Also on October 10, DARPA informed USRTK that it identified additional potentially responsive records and also determined that it needed to consult with other federal agencies regarding certain withholdings. DARPA estimated the volume of additional information could exceed 1,000 pages.

6. DARPA does not control either the other federal agencies or the submitters and thus cannot guarantee a timeline by which it will be able to complete its response to the FOIA requests at issue in this case. However, in the interest of compromise, the parties have agreed that DARPA will make rolling releases of responsive, non-exempt materials as they become available.

7. Once production is complete, the parties shall confer about any disclosure exemptions, the reasonableness and adequacy of DARPA's search for responsive records, and Plaintiff's demand for fees and costs.

8. Accordingly, the parties stipulate and respectfully request that the Court continue the CMC set for November 2, 2023, at 10:00 a.m. until February 27, 2024, at 10:00 a.m.

SO STIPULATED.

//

|   |   |   |
|---|---|---|
| 1 | DATED:  October 25, 2023 | Respectfully submitted, |
| 2 | | |
| 3 | | ISMAIL J. RAMSEY<br>United States Attorney |
| 4 | | */s/ Jevechius D. Bernardoni\**<br>JEVECHIUS D. BERNARDONI |
| 5 | | Assistant United States Attorney |
| 6 | | Attorneys for Federal Defendant |
| 7 | | |
| 8 | DATED:  October 25, 2023 | */s/ Daniel C. Snyder*<br>DANIEL C. SNYDER |
| 9 | | PUBLIC JUSTICE |
| 10 | DATED:  October 25, 2023 | */s/ Lily A. Rivo*<br>LILY A. RIVO |
| 11 | | Greenfire Law, PC |
| 12 | | Attorneys for Plaintiff |
| 13 | | US RIGHT TO KNOW |

*\*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that the Case Management Conference currently set November 2, 2023, at 10:00 a.m. (ECF No. 24) is continued until February 27, 2024, at 10:00 a.m. The parties shall submit a joint case management conference statement by February 20, 2024.

DATED: _____

_____
The Honorable Thomas S. Hixson