ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
JEVECHIUS D. BERNARDONI (CABN 281892)
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, California 94612-5217
Telephone: (510) 637-3721
Facsimile: (510) 637-3724
jevechius.bernardoni@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| US RIGHT TO KNOW, a California Non-Profit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEFENSE ADVANCED RESEARCH PROJECTS AGENCY,<br><br>Defendant. | Case No. 3:22-cv-07377-TSH<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

Plaintiff US Right to Know ("Plaintiff" or "USRTK") and defendant United States Defense Advanced Research Projects Agency ("Defendant" or "DARPA"), by and through their undersigned counsel, hereby STIPULATE and respectfully REQUEST that the Court continue the parties' case management conference ("CMC") set for February 29, 2024, at 10:00 a.m. until May 23, 2024, at 10:00 a.m. This stipulation is based on the following facts:

1. This action, filed on November 22, 2022 under the Freedom of Information Act ("FOIA"), concerns two FOIA requests that Plaintiff directed to DARPA, dated October 2, 2020 and March 1, 2021. ECF No. 1 ¶¶ 34, 62. Defendant has answered the Complaint, ECF No. 17, and there are no issues concerning service or jurisdiction.

2. Since the filing of the Complaint, the parties have conferred regarding a processing and

production schedule for records responsive to the Requests. The parties stipulated to a production schedule. ECF Nos. 21 & 22.

3. The parties' May 18, 2023 stipulation reported that DARPA was on track to complete its record production by October 31, 2023. ECF No. 23. On July 20, DARPA informed USRTK that it had completed processing and producing records responsive to the Requests. The parties thereafter conferred about redactions, and on July 31 DARPA agreed to provide spreadsheets containing *Vaughn*-type information to USRTK. On September 21, DARPA produced the spreadsheets. On September 21, USRTK requested additional information concerning the records identified on the spreadsheets, including whether any of the withheld records had been later incorporated into a final contract. *See* 10 U.S.C. § 3309(c).

4. On October 10, DARPA informed USRTK that four of the withheld records had been incorporated by reference into later contracts and would have Exemption (b)(3) redactions removed. However, because DARPA asserts those records are also possibly subject to withholding in whole or part under Exemption (b)(4), Defendant informed USRTK that it initiated the submitter notification process to the relevant organizations.

5. Also on October 10, DARPA informed USRTK that it identified additional potentially responsive records and determined that it also needed to initiate submitter notices for those records, as well as consult with other federal agencies regarding certain withholdings. DARPA estimated the volume of additional records could exceed 1,000 pages.

6. DARPA initiated consultations with the Department of the Interior regarding those additional potentially responsive records in November 2023, and DARPA received the final response on January 29, 2024.

7. With the exception of a submitter notice to Montana State University, which was not sent due to an administrative error, DARPA sent submitter notices to seven other submitters months ago for all records described above. Many of those submitters are international entities that require physical mailing, which has complicated the process. For example, DARPA's initial submitter efforts for the Institut Pasteur, Pirbright, and Schafer/Belcan have bounced back, and DARPA is thus identifying new points of contact to resubmit amended notices. At this point, one submitter response has been received

and the others have return deadlines of either February 29 or March 28 (for the notices that must be resubmitted, expected to be completed by next week). Pursuant to governing FOIA regulations (32 C.F.R. § 286.10) and Executive Order 12600 of June 23, 1987, 52 Federal Register 23781, *Predisclosure Notification Procedures for Confidential Commercial Information*, DARPA cannot release the remaining approximately 2,440 total pages of records until the submitters have been notified of Plaintiff's FOIA request and been given an opportunity to object to release. DARPA anticipates that process will be complete as of the response deadlines of February 29 and/or March 28, barring any requested extensions from submitters. Once those conditions precedent have occurred, DARPA intends to finalize and release non-exempt portions of those records as expeditiously as possible, without regard to a monthly quota.

8. DARPA does not control either the other federal agencies or the submitters and thus cannot guarantee a timeline by which it will be able to complete its response to the FOIA requests at issue in this case. However, in the interest of compromise, the parties have agreed that DARPA will make monthly rolling releases of responsive, non-exempt materials as they become available without regard to a page processing limit.

9. There are currently approximately 360 pages of records that have passed both the consultation and submitter notification process; DARPA is in the process of finalizing those records and will release non-exempt portions on or before March 15, 2024.

10. Once production is complete, the parties shall confer about any disclosure exemptions, the reasonableness and adequacy of DARPA's search for responsive records, and Plaintiff's demand for fees and costs.

11. Accordingly, the parties stipulate and respectfully request that the Court continue the CMC set for February 29, 2024, at 10:00 a.m. until May 23, 2024, at 10:00 a.m.

SO STIPULATED.

DATED: February 22, 2024                                   Respectfully submitted,

                                                           ISMAIL J. RAMSEY
                                                           United States Attorney

|   |   |
|---|---|
|   | */s/ Jevechius D. Bernardoni*\*<br>JEVECHIUS D. BERNARDONI<br>Assistant United States Attorney |
|   | Attorneys for Federal Defendant |
| DATED:  February 22, 2024 | */s/ Daniel C. Snyder*<br>DANIEL C. SNYDER<br>PUBLIC JUSTICE |
| DATED:  February 22, 2024 | */s/ Lily A. Rivo*<br>LILY A. RIVO<br>Greenfire Law, PC |
|   | Attorneys for Plaintiff<br>US RIGHT TO KNOW |

\**In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that the Case Management Conference currently set for February 29, 2024, at 10:00 a.m. is continued until May 23, 2024, at 10:00 a.m. The parties shall submit a joint case management conference statement by May 16, 2024.

DATED: _____

The Honorable Thomas S. Hixson

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
3:22-cv-07377-TSH                                    1