CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
JEVECHIUS D. BERNARDONI (CABN 281892)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone:  (415) 436-7224
    Facsimile:  (415) 436-6748
    jevechius.bernardoni@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| US RIGHT TO KNOW, a California Non-Profit Corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES DEFENSE ADVANCED RESEARCH PROJECTS AGENCY,<br><br>    Defendant. | Case No. 3:22-cv-07377-TSH<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

    Plaintiff US Right to Know ("Plaintiff" or "USRTK") and defendant United States Defense Advanced Research Projects Agency ("Defendant" or "DARPA"), by and through their undersigned counsel, hereby STIPULATE and respectfully REQUEST that the Court continue the parties' case management conference ("CMC") set for December 11, 2025, at 10:00 a.m. until January 29, 2026, at 10:00 a.m.

    Since the last case management statement, the parties have resolved all substantive disputes in this FOIA lawsuit.  The only remaining issue is Plaintiff's demand for fees and costs.  Plaintiff's counsel provided Defendant with a fees and costs demand on November 14, 2025.  Defendant is analyzing that fees and costs demand.  In light of the above, the parties propose that the Court continue the December 11, 2025 case management conference and that their next status report be due on or before January 22, 2026

so the parties can report on the progress and whether briefing on the issue of fees and costs will be necessary.   By entering into this stipulation, Defendants do not waive, and expressly reserve, any arguments regarding Plaintiffs' eligibility for and entitlement to attorney's fees and costs.

SO STIPULATED.

DATED:  December 4, 2025                    Respectfully submitted,


CRAIG H. MISSAKIAN
United States Attorney

*/s/ Jevechius D. Bernardoni**
JEVECHIUS D. BERNARDONI
Assistant United States Attorney

Attorneys for Federal Defendant

DATED:  December 4, 2025                    */s/ Daniel C. Snyder*
DANIEL C. SNYDER
PUBLIC JUSTICE

DATED:  December 4, 2025                    */s/ Richard A. Brody*
RICHARD A. BRODY
Greenfire Law, PC

Attorneys for Plaintiff
US RIGHT TO KNOW

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

1

**[PROPOSED] ORDER**

2        IT IS HEREBY ORDERED that the Case Management Conference currently set for December

3   11, 2025, at 10:00 a.m. is continued until January 29, 2026, at 10:00 a.m.  The parties shall submit a joint

4   case management conference statement by January 22, 2026.

5

6

7

8   DATED:  December 4, 2025

    _____
    The Honorable Thomas S. Hixson

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28