CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
JEVECHIUS D. BERNARDONI (CABN 281892)
Assistant United States Attorney

　　450 Golden Gate Avenue, Box 36055
　　San Francisco, California 94102-3495
　　Telephone: (415) 436-7224
　　Facsimile: (415) 436-6748
　　jevechius.bernardoni@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| US RIGHT TO KNOW, a California Non-Profit Corporation,<br><br>　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEFENSE ADVANCED RESEARCH PROJECTS AGENCY,<br><br>　　Defendant. | Case No. 3:22-cv-07377-TSH<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

　　Plaintiff US Right to Know ("Plaintiff" or "USRTK") and defendant United States Defense Advanced Research Projects Agency ("Defendant" or "DARPA"), by and through their undersigned counsel, hereby STIPULATE and respectfully REQUEST that the Court continue the parties' case management conference ("CMC") set for January 29, 2026, at 10:00 a.m. until March 5, 2026, at 10:00 a.m.

　　The parties have resolved all substantive disputes in this FOIA lawsuit. The only remaining issue is Plaintiff's demand for fees and costs. Plaintiff's counsel provided Defendant with a fees and costs demand on November 14, 2025, and Defendant provided a counteroffer on January 21, 2026. Plaintiff is analyzing that counteroffer. In light of the above, the parties propose that the Court continue the January 26, 2026 case management conference and that their next status report be due on or before

1  February 26, 2026 so the parties can report on the progress and whether briefing on the issue of fees and
2  costs will be necessary.  By entering into this stipulation, Defendants do not waive, and expressly reserve,
3  any arguments regarding Plaintiffs' eligibility for and entitlement to attorney's fees and costs.
4      SO STIPULATED.

5  DATED:  January 22, 2026      Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Jevechius D. Bernardoni\**
JEVECHIUS D. BERNARDONI
Assistant United States Attorney

Attorneys for Federal Defendant

DATED:  January 22, 2026      */s/ Daniel C. Snyder*
DANIEL C. SNYDER
PUBLIC JUSTICE

DATED:  January 22, 2026      */s/ Richard A. Brody*
RICHARD A. BRODY
Greenfire Law, PC

Attorneys for Plaintiff
US RIGHT TO KNOW

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

## [PROPOSED] ORDER

IT IS HEREBY ORDERED that the Case Management Conference currently set for January 29, 2026, at 10:00 a.m. is continued until March 5, 2026, at 10:00 a.m. The parties shall submit a joint case management conference statement by February 26, 2026.

DATED: _____

_____
The Honorable Thomas S. Hixson