1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Chief, Civil Division
3  JEVECHIUS D. BERNARDONI (CABN 281892)
   Assistant United States Attorney
4
5        450 Golden Gate Avenue, Box 36055
         San Francisco, California 94102-3495
         Telephone:  (415) 436-7224
6        Facsimile:  (415) 436-6748
         jevechius.bernardoni@usdoj.gov
7
   Attorneys for Federal Defendant
8
9                  UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12
   US RIGHT TO KNOW, a California Non-        Case No. 3:22-cv-07377-TSH
13 Profit Corporation,
                                             **STIPULATION TO CONTINUE CASE**
14        Plaintiff,                         **MANAGEMENT CONFERENCE;**
                                             **[PROPOSED] ORDER**
15      v.

16 UNITED STATES DEFENSE ADVANCED
   RESEARCH PROJECTS AGENCY,
17
          Defendant.
18

19        Plaintiff US Right to Know ("Plaintiff" or "USRTK") and defendant United States Defense

20 Advanced Research Projects Agency ("Defendant" or "DARPA"), by and through their undersigned

21 counsel, hereby STIPULATE and respectfully REQUEST that the Court continue the parties' case

22 management conference ("CMC") set for January 29, 2026, at 10:00 a.m. until March 5, 2026, at

23 10:00 a.m.

24        The parties have resolved all substantive disputes in this FOIA lawsuit.  The only remaining issue

25 is Plaintiff's demand for fees and costs.  Plaintiff's counsel provided Defendant with a fees and costs

26 demand on November 14, 2025, and Defendant provided a counteroffer on January 21, 2026.  Plaintiff is

27 analyzing that counteroffer.  In light of the above, the parties propose that the Court continue the

28 January 26, 2026 case management conference and that their next status report be due on or before

February 26, 2026 so the parties can report on the progress and whether briefing on the issue of fees and costs will be necessary.  By entering into this stipulation, Defendants do not waive, and expressly reserve, any arguments regarding Plaintiffs' eligibility for and entitlement to attorney's fees and costs.

      SO STIPULATED.

DATED:  January 22, 2026               Respectfully submitted,

                                         CRAIG H. MISSAKIAN
                                         United States Attorney

                                         */s/ Jevechius D. Bernardoni\**
                                         JEVECHIUS D. BERNARDONI
                                         Assistant United States Attorney

                                         Attorneys for Federal Defendant

DATED:  January 22, 2026               */s/ Daniel C. Snyder*
                                         DANIEL C. SNYDER
                                         PUBLIC JUSTICE

DATED:  January 22, 2026               */s/ Richard A. Brody*
                                         RICHARD A. BRODY
                                         Greenfire Law, PC

                                         Attorneys for Plaintiff
                                         US RIGHT TO KNOW

*\*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that the Case Management Conference currently set for January 29, 2026, at 10:00 a.m. is continued until March 5, 2026, at 10:00 a.m.  The parties shall submit a joint case management conference statement by February 26, 2026.

DATED:  January 22, 2026

_____

The Honorable Thomas S. Hixson