CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
JEVECHIUS D. BERNARDONI (CABN 281892)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7224
    Facsimile: (415) 436-6748
    jevechius.bernardoni@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| US RIGHT TO KNOW, a California Non-Profit Corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES DEFENSE ADVANCED RESEARCH PROJECTS AGENCY,<br><br>    Defendant. | Case No. 3:22-cv-07377-TSH<br><br>**STIPULATION TO VACATE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

    Plaintiff US Right to Know ("Plaintiff" or "USRTK") and defendant United States Defense Advanced Research Projects Agency ("Defendant" or "DARPA"), by and through their undersigned counsel, hereby STIPULATE and respectfully REQUEST that the Court vacate the case management conference ("CMC") set for March 5, 2026, at 10:00 a.m.

    The parties previously reported that they resolved all substantive disputes in this FOIA lawsuit. The parties now further report that they have entered into a settlement in principle on Plaintiff's fees and costs demand, and they are finalizing the settlement agreement and stipulation of dismissal. The parties thus propose that the Court vacate the March 5, 2026 case management conference. In the unlikely event that the parties are not able to reach agreement on the settlement agreement and stipulation of dismissal, they will submit a status report proposing a path forward.

1 | SO STIPULATED.

2 | DATED: February 26, 2026                    Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Jevechius D. Bernardoni\**
JEVECHIUS D. BERNARDONI
Assistant United States Attorney

Attorneys for Federal Defendant

DATED: February 26, 2026                    */s/ DANIEL C. SNYDER*
DANIEL C. SNYDER
PUBLIC JUSTICE

DATED: February 26, 2026                    */s/ RICHARD A. BRODY*
RICHARD A. BRODY
Greenfire Law, PC

Attorneys for Plaintiff
US RIGHT TO KNOW

*\*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that the Case Management Conference currently set for March 5, 2026, at 10:00 a.m. is vacated.

DATED: _____

_____
The Honorable Thomas S. Hixson