1    CRAIG H. MISSAKIAN (CABN 125202)
     United States Attorney
2    PAMELA T. JOHANN (CABN 145558)
     Chief, Civil Division
3    JEVECHIUS D. BERNARDONI (CABN 281892)
     Assistant United States Attorney
4
          450 Golden Gate Avenue, Box 36055
5         San Francisco, California 94102-3495
          Telephone:  (415) 436-7224
6         Facsimile:  (415) 436-6748
          jevechius.bernardoni@usdoj.gov
7
     Attorneys for Federal Defendant
8

9                        UNITED STATES DISTRICT COURT

10                      NORTHERN DISTRICT OF CALIFORNIA

11                         SAN FRANCISCO DIVISION

12
     US RIGHT TO KNOW, a California Non-          Case No. 3:22-cv-07377-TSH
13   Profit Corporation,
                                                  **STIPULATION TO VACATE CASE
14          Plaintiff,                             MANAGEMENT CONFERENCE;
                                                  [PROPOSED] ORDER**
15      v.

16   UNITED STATES DEFENSE ADVANCED
     RESEARCH PROJECTS AGENCY,
17
            Defendant.
18

19          Plaintiff US Right to Know ("Plaintiff" or "USRTK") and defendant United States Defense

20   Advanced Research Projects Agency ("Defendant" or "DARPA"), by and through their undersigned

21   counsel, hereby STIPULATE and respectfully REQUEST that the Court vacate the case management

22   conference ("CMC") set for March 5, 2026, at 10:00 a.m.

23          The parties previously reported that they resolved all substantive disputes in this FOIA lawsuit.

24   The parties now further report that they have entered into a settlement in principle on Plaintiff's fees and

25   costs demand, and they are finalizing the settlement agreement and stipulation of dismissal.  The parties

26   thus propose that the Court vacate the March 5, 2026 case management conference.  In the unlikely event

27   that the parties are not able to reach agreement on the settlement agreement and stipulation of dismissal,

28   they will submit a status report proposing a path forward.

1          SO STIPULATED.

2   DATED:  February 26, 2026                Respectfully submitted,

3
                                            CRAIG H. MISSAKIAN
4                                           United States Attorney

5                                           */s/ Jevechius D. Bernardoni*_____
                                            JEVECHIUS D. BERNARDONI
6                                           Assistant United States Attorney

7                                           Attorneys for Federal Defendant

8
    DATED:  February 26, 2026                */s/ DANIEL C. SNYDER*_____
9                                           DANIEL C. SNYDER
10                                          PUBLIC JUSTICE

11  DATED:  February 26, 2026                */s/ RICHARD A. BRODY*_____
                                            RICHARD A. BRODY
12                                          Greenfire Law, PC

13                                          Attorneys for Plaintiff
14                                          US RIGHT TO KNOW

15  *In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury
    that all signatories have concurred in the filing of this document.
16

17

18

19

20

21

22

23

24

25

26

27

28

1

**[PROPOSED] ORDER**

2      IT IS HEREBY ORDERED that the Case Management Conference currently set for March 5,

3  2026, at 10:00 a.m. is vacated.

4

5  DATED:  February 26, 2026

                          The Honorable Thomas S. Hixson

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28